IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIMON HETHERINGTON, KERRY SEPULVEDA,
LIZA THOMPSON, JAMIE L. ALVAREZ,
VERONICA GARDNER, and AARON SCHUTZ,

        CASE NO.6:10-cv-317-Orl-35DAB

    Plaintiffs,

vs.

DAWN'S DREAMS OF WELLNESS COMPANY
INC., a Florida Corporation, DREAMS OF WELLNESS
MASSAGE, LLC, and DAWN LEWIS,
individually,

    Defendants.

_____/

## SUGGESTION OF BANKRUPTCY

Plaintiffs hereby notify this Honorable Court and all parties that Defendant, DAWN LEWIS has filed for United States Bankruptcy relief with the United States District Court in the Middle District of Florida, Orlando, Case No. 6:11-bk-08169-KSJ and that the automatic stay of 11 U.S.C. § 362(a) is now in effect staying this case as against DAWN LEWIS as a matter of law.

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:  LINDSAY N. OYEWALE, ESQUIRE, **lno12@dbksmn.com**

    /s/ Richard W. Smith____
    RICHARD W. SMITH, ESQUIRE
    FL Bar No.: 0013943
    Fisher, Rushmer, Werrenrath, Dickson,

1

Tally & Dunlap, P.A.
20 North Orange Avenue, Suite 1500
Post Office Box 712
Orlando, Florida 32801
Telephone: 407-843-2111
Facsimile: 407-422-1080
Attorney for Plaintiffs
rsmith@fisherlawfirm.com