IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIMON HETHERINGTON,                        Case No: 6:10-cv-317-Orl-35DAB
KERRY SEPULVEDA, et. al.

           Plaintiffs,

v.

DAWN'S DREAMS OF WELLNESS CO., INC.,
DAWN MARIE LEWIS, et. al.

           Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant, **Dawn Marie Lewis**, through her undersigned attorney, and would show the Court:

1. She has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the **Middle District of Florida**, which bears the case number: **6:11-bk-08169**.

2. Relief was ordered on **5/28/11**.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

                                             **/s/ Richard Nazareth, Esq.**
                                             RICHARD NAZARETH, ESQ.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 22, 2011, the foregoing was furnished electronically, facsimile, or first class mail to the following: U.S. District Court Middle District of Florida, 401 W. Central Blvd., Suite 1200, Orlando, FL 32801; de Beaubien, Knight, Simmons, Mantzaris & Neal, LLP, 332 N. Magnolia Ave., Orlando, FL 32801; Fisher, Rushmer, Werrerrath, Dickson, Talley & Dunlap, P.A., 20 N. Orange Ave., Suite 1100, Orlando, FL 32801.

                                             **/s/ Richard Nazareth, Esq.**
                                             RICHARD NAZARETH, ESQ.

The Nazareth Law Firm, P.A.
Attorneys at Law
Florida Bar No. 35006
625 E. Colonial Drive
Orlando, Fl. 32803
Ph: (407) 722-7288
Fax: (866) 449-8042